IN RE E.L.

[Cite as *In re E.L.,* 121 Ohio St.3d 407, 2009-Ohio-1514.]

(No. 2008–2299—Submitted March 25, 2009—Decided April 7, 2009.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The cause is remanded to the court of appeals for consideration of whether the court of appeals' judgment should be modified in view of our opinion in *In re L.A.B.*, 121 Ohio St.3d 112, 2009-Ohio-354, 902 N.E.2d 471.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Timothy Young, Ohio Public Defender, and Amanda J. Powell, Assistant Public Defender, for appellant, E.L.